IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


HELENA CHEMICAL COMPANY                                    PLAINTIFF

VS.                              CIVIL ACTION NO. 5:10-cv-121(DCB)(JMR)

OSCAR G. GOODMAN, JR., and
E.A.G., INC., a Mississippi
Corporation                                               DEFENDANTS


ORDER

This cause is before the Court on the plaintiff Helena Chemical Company's motion for default judgment **(docket entry 9)**, and on the plaintiff's response to the Court's order requiring supplemental documentation (docket entry 14).  Having carefully considered the motion and supplemental documentation, the Court finds as follows:

In its previous Order, the Court found that the plaintiff is entitled to a default judgment as to liability, and required the plaintiff to furnish additional information regarding damages and attorneys fees.  The affidavit of Victoria Carrington sets forth the amount due under the Credit Sales Agreement as follows: $682,689.67 principal balance, and $158,105.25 interest.  These amounts are adequately documented by the plaintiff.  The plaintiff also shows that upon default of the Seed Tender Note, the plaintiff accelerated the sums due in the amount of $14,368.50 pursuant to the terms of the note.  The affidavit states that after the filing of this lawsuit, E.A.G., Inc., returned the Seed Tender, which is

valued at $11,000.00; therefore, the amount of $3,368.50 remains due and owing.  This amount is also sufficiently documented.

The plaintiff also seeks attorney's fees under the terms of the Credit Sales Agreement and the Seed Tender Note, in the amount of $13,550.22, which amount the Court finds to be reasonable.

The Court finds that defendant Goodman is not in military service, and is not an infant or incompetent person.

Accordingly,

IT IS HEREBY ORDERED that the plaintiff Helena Chemical Company ("Helena")'s motion for default judgment **(docket entry 9)** is GRANTED.  Counsel for plaintiff shall submit a proposed Default Judgment.

SO ORDERED, this the 20th day of June, 2011.

                                    /s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE